UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

NICOLE SWANN

    Plaintiff,

vs.                                Case No.: 2:12-CV-00165-AWA-FBS

BARCLAY TOWERS II TIME SHARE
OWNERS ASSOCIATION, INC., a
Virginia Corporation

    Defendant.
_____/

**<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

COMES NOW the Plaintiff, Nicole Swann, in the above-styled cause pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and gives notice of voluntarily dismissing Barclay Towers II Time Share Owners Association, Inc., without prejudice, as the complaint has been amended to substitute the proper party Defendant.

Dated May 3, 2012        Respectfully submitted,

                                    /s/ Jonathan H. Walker
                                    Jonathan H. Walker, Esquire
                                    Virginia Bar No. 24300
                                    Mason, Mason, Walker, & Hedrick, P.C.
                                    11848 Rock Landing Dr, #201
                                    Newport News, VA  23606
                                    Telephone: (757) 873-3909
                                    Facsimile: (757)  873-1781
                                    jwalker@masonwalker.com
                                    *Local Counsel*

**SCHWARTZ, ROLLER & ZWILLING**
*Attorneys for Plaintiffs*
Michael A. Chester, Esquire
600 Vestavia Parkway, Suite 251
Birmingham, AL 35216
Telephone: (205) 822-2701
Facsimile: (205) 822-2702
mchester@szalaw.com
Alabama Bar No. 3904-L74C
*Pro hac vice Lead Counsel*

**CERTIFICATE OF SERVICE**

I certify that on May 3, 2012, I will electronically file the foregoing Notice of Voluntary Dismissal Without Prejudice via the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

    Jonathan H. Walker
    Virginia Bar No. 24300
    Mason, Mason, Walker & Hedrick, PC
    11848 Rock Landing Dr., Suite 201
    Newport News, VA  23606
    Telephone: (757) 873-3909
    Facsimile: (757)  873-1781
    jwalker@masonwalker.com
    Local Counsel

    SCHWARTZ, ROLLER & ZWILLING
    Attorneys for Plaintiffs
    Michael A. Chester, Esquire
    600 Vestavia Parkway, Suite 251
    Birmingham, AL 35216
    Telephone: (205) 822-2701
    Facsimile: (205) 822-2702
    mchester@szalaw.com
    Alabama Bar No. 3904-L74C
    Pro hac vice Lead Counsel

and via U.S. postal mail to:

    Samuel R. Brown, II, Registered Agent
    Barclay Towers II Time Share Owners Association, Inc.
    303 34th St., Suite 101
    Virginia Beach, VA 23451

    /s/ Jonathan H. Walker
    Jonathan H. Walker
    Virginia Bar No. 24300
    Mason, Mason, Walker & Hedrick, PC
    11848 Rock Landing Dr., Suite 201
    Newport News, VA  23606
    Telephone: (757) 873-3909
    Facsimile: (757)  873-1781
    jwalker@masonwalker.com
    *Local Counsel*

**SCHWARTZ, ROLLER & ZWILLING**
*Attorneys for Plaintiffs*
Michael A. Chester, Esquire
600 Vestavia Parkway, Suite 251
Birmingham, AL 35216
Telephone: (205) 822-2701
Facsimile: (205) 822-2702
mchester@szalaw.com
Alabama Bar No. 3904-L74C
*Pro hac vice Lead Counsel*