UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
AUG 1 6 2012
CLERK, US DISTRICT COURT
NORFOLK, VA

NICOLE SWANN

    Plaintiff,

v.                                Case No. 2:12cv00165

BARCLAY HOTEL CORPORATION

    Defendant.

### AGREED ORDER DISMISSING CASE WITH PREJUDICE

The parties in this case have reported to the Court that they have settled the plaintiff's claims against the defendant. The parties have requested that this Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties. Except as set forth in the settlement agreement, the parties will bear their own attorneys' fees and costs.

It appearing to the Court that the parties have settled their differences, it is ORDERED that this matter is DISMISSED WITH PREJUDICE.

/s/ Arenda L. Wright Allen
Arenda L. Wright Allen
United States District Judge

United States Judge

ENTERED: Aug / 16 / 2012

**SO STIPULATED:**

_____
Jonathan H. Walker, Esq.
*Attorney for Plaintiff*
Mason Mason Walker, et al.
11848 Rock Landing Drive, #201
Newport News, VA 23606
Telephone: (757) 873-3909
Facsimile: (757) 873-1781
jwalker@masonwalker.com


_____
Anna Richardson Smith (VSB No. 65867)
*Attorney for Defendant*
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
jmbredehoft@kaufcan.com
arsmith@kaufcan.com